# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-2254
_____

United States of America

*Plaintiff - Appellee*

v.

Angela Kaye Olson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Central

_____

Submitted: October 8, 2021
Filed: October 15, 2021
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Angela Olson appeals after the district court[1] revoked her supervised release and sentenced her above the advisory Guidelines range to 27 months in prison. Her

_____

[1]The Honorable Leonard T. Strand, Chief Judge, United States District Court for the Northern District of Iowa.

counsel has moved for leave to withdraw, and has filed a brief challenging the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Olson, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors, see United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard); and the sentence was below the statutory limit, see 18 U.S.C. § 3583(e)(3).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____